IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, ) | |
| AIS # 156270, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:12cv521-WHA |
| ) | |
| OFFICER D. PULLUM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On August 13, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge. Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that the Recommendation be and is hereby ADOPTED, and that this case be and are hereby DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-ii).

Done this the 5th day of September 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE